# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **PHILDELPHIA INDEMNITY INSURANCE COMPANY,** **Plaintiff,** | **JUDGMENT IN CIVIL CASE** |
| V. | CASE No.2:16cv2600-cgc |
| **FEDEX FREIGHT, INC., et al** **Defendant** | |

_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order Granting Philadelphia Indemnity Insurance Compamy's Motion for Summary Judgment and Denying FedEx Freight, Inc. and David Rickman's Motion for Summary Judgment, entered on November 8, 2017, this cause is dismissed.

**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

Date: November 8, 2017

s/Thomas M. Gould
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**